ERIK BABCOCK
717 Washington St., 2d Floor
Oakland CA 94607
510-452-8400 T
510-452-8405 F
erik@babcocklawoffice.com

Attorney for Defendant
RAJESHWAR SINGH

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>SURJIT SINGH,<br>RAJESHWAR SINGH,<br>ANITA SHARMA,<br><br>                    Defendants. | CASE NO 2:13-CR-00084-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: January 30, 2014<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1.   By previous order, this matter was set for status on January 30, 2014.

2.   By this stipulation, defendants now move to continue the status conference until May 22, 2014, at 9:30 a.m., and to exclude time between January 30, 2014, and May 22, 2014, under Local Code T4.

3.   The parties agree and stipulate, and request that the Court find the following:

   a.   The government has represented that the discovery associated with this case includes over six thousand pages of discovery.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. Counsel for defendants desire additional time because counsel for Rajeshwar Singh is currently in trial in state court and is unavailable until late April, 2014.  Counsel for the government and Anita Sharma are expected to be in trial and unavailable in April, 2014.  All counsel need additional time in which to review

1  discovery, consult with their clients regarding possible defenses, and conduct investigation.

2        b.      Counsel for defendants believe that failure to grant the above-requested
3  continuance would deny counsel the reasonable time necessary for effective preparation, taking
4  into account the exercise of due diligence.

5        c.      The government does not object to the continuance.

6        d.      Based on the above-stated findings, the ends of justice served by continuing the
7  case as requested outweigh the interest of the public and the defendant in a trial within the
8  original date prescribed by the Speedy Trial Act.

9        e.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
10  et seq., within which trial must commence, the time period of January 30, 2014 to May 22, 2014,
11  inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]
12  because it results from a continuance granted by the Court at defendants' request on the basis of
13  the Court's finding that the ends of justice served by taking such action outweigh the best interest
14  of the public and the defendant in a speedy trial.

15  4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the
16  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial
17  must commence.

18  IT IS SO STIPULATED.

Dated:  January 24, 2014                      BENJAMIN B. WAGNER
                                               United States Attorney

                                             /s/ Lee Bickley
                                             Lee Bickley
                                             Assistant United States Attorney

Dated: January 24, 2014                       By: /s/ Erik Babcock for Michael Chastaine
                                             MICHAEL CHASTAINE
                                             Attorney for Anita Sharma

Dated: January 24, 2014                       By: /s/ Erik Babcock for Colin Cooper
                                             COLIN COOPER

Attorney for Surjit Singh

Dated: January 24, 2014   By: /s/ Erik Babcock
ERIK BABCOCK
Attorney for Rajeshwar Singh

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 28th day of January, 2014.

_____
Troy L. Nunley
United States District Judge