COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone (510) 558-8400
Fax (510) 558-8401

Attorneys for Defendant
SURJIT SINGH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-CR-00084-TLN |
| Plaintiff, | STIPULATION AND ORDER FOR CONTINUANCE |
| vs. | |
| SURJIT SINGH, et al., | |
| Defendant. | |

**STIPULATION**

Colin L. Cooper, attorney for Surjit Singh, Michael Chastaine, attorney for Anita Sharma, Erik Babcock, attorney for Rajeshwar Singh and Jared Dolan, attorney for the United States of America, hereby stipulate as follows:

1. By previous order, this matter was set for status on August 14, 2014.

2. By this stipulation, defendant now moves to continue the status conference until October 9, 2014, at 9:30 a.m., and to exclude time between August 14, 2014 and October 9, 2014, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

1

        a)      Colin L. Cooper desires additional time to review the discovery, conduct investigation and consult with his client. He recently finished a homicide trial and has been out of town for the past week. The discovery is voluminous, totaling over a thousand pages. Thus, Mr. Cooper needs additional time to review the discovery, conduct investigation so that he effectively represent his client, Mr. Singh

        b)      Counsel for all defendants believe that the failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        c)      The government does not object to the continuance.

        d)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

        e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 14 2014 to October 9, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: August 12, 2014                                   _____/s/_____
                                                                                 COLIN L. COOPER
                                                                                  Attorney for Defendant Surjit Singh

DATED: August 12, 2014 _____/s/_____
MICHAEL CHASTAINE
Attorney for Defendant Anita Sharma

DATED: August 12, 2014 _____/s/_____
ERIK BABCOCK
Attorney for Defendant Rajeshwar Singh

BENJAMIN WAGNER                                  United States Attorney

DATED: August 12, 2014 _____/s/_____
JARED DOLAN
Assistant United States Attorney

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 12th day of August, 2014.

_____
Troy L. Nunley
United States District Judge