COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California  94710
Telephone (510) 558-8400
Fax (510) 558-8401

Attorneys for Defendant
SURJIT SINGH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-CR-00084-TLN |
| Plaintiff, | STIPULATION AND ORDER FOR CONTINUANCE |
| vs. | |
| SURJIT SINGH, et al., | |
| Defendant. | |

**STIPULATION**

Colin L. Cooper, attorney for Surjit Singh, Michael Chastaine, attorney for Anita Sharma, Erik Babcock, attorney for Rajeshwar Singh and Jared Dolan, attorney for the United States of America, hereby stipulate as follows:

1. By previous order, this matter was set for status on December 11, 2014.

2. By this stipulation, defendant now moves to continue the status conference until January 22, 2015, and to exclude time between December 11, 2014 and January 22, 2015, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

1

a) Colin L. Cooper desires additional time to review the discovery, conduct investigation and consult with his client.

b) Counsel for all defendants believe that the failure to grant the above requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c) The government does not object to the continuance.

d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 11, 2014 to January 22 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: December 8, 2014         _____/s/_____
                                COLIN L. COOPER
                                Attorney for Defendant Surjit Singh

DATED: December 8, 2014         _____/s/_____
                                MICHAEL CHASTAINE
                                Attorney for Defendant Anita Sharma

DATED: December 8, 2014 _____/s/_____
ERIK BABCOCK
Attorney for Defendant Rajeshwar Singh
United States Attorney


DATED: December 8, 2014 _____/s/_____
JARED DOLAN
Assistant United States Attorney

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:13-CR-00084-TLN |
| Plaintiff, | ) | |
| vs. | ) | |
| SURJIT SINGH, et al, | ) | |
| Defendants. | ) | |

## ORDER

For the reasons stated above, the Court sets Thursday, January 22, 2015, at the hour of 9:30 a.m. as the date for the status conference. The court also finds that the exclusion of this period from the time limits applicable under 18 U.S.C. §3161 is warranted, and that the ends of justice served by the continuance outweigh the interests of the public and the defendant in a speedy trial for the periods from December 11, 2014 to January 22, 2105, *See* 18 U.S.C. §3161(h)(7)(A); and that the failure to grant the requested exclusion of time would deny counsel for the defendant the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice. *See* 18 U.S.C. §3161(h)(7)(B)(iv).

**IT IS SO ORDERED.**

DATED: December 8, 2014

Troy L. Nunley
United States District Judge