COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California  94710
Telephone (510) 558-8400
Fax (510) 558-8401

Attorneys for Defendant
SURJIT SINGH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-CR-00084-TLN |
| Plaintiff, | STIPULATION AND ORDER FOR CONTINUANCE |
| vs. | |
| SURJIT SINGH, et al., | |
| Defendant. | |

**STIPULATION**

Colin L. Cooper, attorney for Surjit Singh, Michael Chastaine, attorney for Anita Sharma, Erik Babcock, attorney for Rajeshwar Singh and Jared Dolan, attorney for the United States of America, hereby stipulate as follows:

1. By previous order, this matter was set for status on June 11, 2015.

2. By this stipulation, defendant now moves to continue the status conference until August 13, 2015, at 9:30 a.m., and to exclude time between June 11, 2015, and August 13, 2015, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

1

a) Colin L. Cooper desires additional time to review the discovery, conduct Investigation and consult with his client. In addition, Mr. Cooper is currently in a homicide trial in Sonoma County, People v. Joseph Varela. That trial is expected to go through June 18, 2015, thus, Mr. Cooper is unavailable for the status conference set for June 11, 2015. In addition, due to Mr. Cooper's trial and vacation schedule he will not be available for a status until August 13, 2015.

b) Counsel for all defendants believe that the failure to grant the above requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c) The government does not object to the continuance.

d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 11, 2015 to August 13, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: June 5, 2015                    _____/s/_____
                                       COLIN L. COOPER
                                       Attorney for Defendant Surjit Singh

DATED: June 5, 2015                    _____/s/_____
                                       MICHAEL CHASTAINE
                                       Attorney for Defendant Anita Sharma


DATED: June 5, 2015                    _____/s/_____
                                       ERIK BABCOCK
                                       Attorney for Defendant Rajeshwar Singh
                                       United States Attorney


DATED: June 5, 2015                    _____/s/_____
                                       JARED DOLAN
                                       Assistant United States Attorney

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 13-CR-00084-TLN |
| Plaintiff, | ) | |
| vs. | ) | |
| SURJIT SINGH, et al, | ) | |
| Defendants. | ) | |

## **ORDER**

For the reasons stated above, the Court sets Thursday, August 13, 2015, at the hour of 9:30 a.m. as the date for the status conference.  The court also finds that the exclusion of this period from the time limits applicable under 18 U.S.C. §3161 is warranted, and that the ends of justice served by the continuance outweigh the interests of the public and the defendant in a speedy trial for the periods from June 11, 2015 to August 13, 2015, *See* 18 U.S.C. §3161(h)(7)(A); and that the failure to grant the requested exclusion of time would deny counsel for the defendant the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  *See* 18 U.S.C. §3161(h)(7)(B)(iv).

**IT IS SO ORDERED.**

DATED: June 8, 2015

Troy L. Nunley
United States District Judge