CHARLES J.S. WOODSON, SBN 258791
Law Office of Charles Woodson
717 Washington Street
Oakland, CA 94607
Ph. (510) 302-8780
Fax (510) 228-0444
Email: cwoodson@cjswlaw.com

Attorney for Defendant
ANITA SHARMA

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   vs.<br><br>ANITA SHARMA,<br><br>   Defendant. | Case No.: 13-cr-084-GEB<br><br>EX PARTE APPLICATION AND [PROPOSED] ORDER PERMITTING MS. ANITA SHARMA TO TRAVEL |

I, Charles J.S. Woodson, declare:

1. I represent Defendant Anita Sharma in the above-entitled matter. She is currently released on a $50,000.00 unsecure bond. Dkt. 14. Ms. Sharma requests the court grant an order permitting her to travel to Surrey, British Columbia, Canada to visit her elderly father. I have provided the government with Ms. Sharma's travel itinerary.

2. The purpose of this request is to allow Ms. Sharma to visit her elderly father.

3. I have conferred with the Government's counsel, Jared C. Dolan, who has no objection to this application.

4. I have conferred with Officer Ryan Garcia with pretrial services who has no objection to

this application.

5. Based on the foregoing, I respectfully request Ms. Sharma be permitted to travel to on June 9, 2017 to Surrey, British Columbia, Canada, to visit her elderly father and Ms. Sharma will return home on June 15, 2017.

Date: June 6, 2017   /s/
CHARLES J.S. WOODSON

**[PROPOSED] ORDER**

Based on the foregoing, and good cause appearing:

IT IS SO ORDERED that Defendant Anita Sharma is permitted to travel on June 9, 2017 to Surrey, British Columbia, Canada to visit her elderly father and she is to return home on, or before June 15, 2017. All other terms and conditions of Ms. Sharma's release shall remain the same.

Dated:  June 6, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge