CHARLES J.S. WOODSON, SBN 258791
Law Office of Charles Woodson
725 Washington Street, Ste. 312
Oakland, California 94607
Ph. (510) 302-8780
Fax. (510) 302-8780
Email: cwoodson@cjswlaw.com

Counsel for Defendant
ANITA SHARMA

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  vs.<br><br>ANITA SHARMA,<br><br>     Defendant. | Case No.: 13-cr-084-GEB<br><br>STIPULATION TO EXTENDING THE DEADLINE TO FILE MOTION FOR CORRECTION OF THE PRE-SENTENCE REPORT; AND [PROPOSED] ORDER |

On January 23, 2018, the parties in the above-captioned case filed a Stipulation to Continue the Sentencing of Anita Sharma, and other defendants. Dkt. 181. The parties provided the court with a schedule, which the court adopted, for disclosing the Presentence Report, informal objections to the Presentence Report, formal Motion to correct the Pre-Sentence Report, Reply or Statement of No Opposition, and Judgment and Sentencing. Dkt. 182.

Counsel for defendant Anita Sharma contacted the Assistant United States Attorney Lee Bickley and requested the deadline for filing a Motion for Correction of the Pre-Sentence Report be extended to Monday, April 16, 2018. Ms. Bickley indicated she had no objection to extending the filing deadline to April 16, 2018.

The parties stipulate and request the deadline to file Motion to Correct the Pre-Sentence Report be extended to April 16, 2018.

IT IS SO STIPULATED.

Date: April 13, 2018                    /s/ *Charles J.S. Woodson*
                                         CHARLES J.S. WOODSON
                                         Attorney for defendant
                                         ANITA SHARMA


Dated: April 13, 2018                   /s/ *Lee. S. Bickley*
                                         LEE S. BICKLEY
                                         Assistant United States Attorney

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: April 23, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge