THOMAS A. JOHNSON, #119203
KRISTY M. HORTON, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SURJIT SINGH, et al.<br><br>    Defendants. | Case No.: 2:13-cr-0084-GEB<br><br>DEFENDANT'S STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF J&S<br><br>Date: June 15, 2018<br>Time: 9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for June 15, 2018 for both Surjit Singh and Anita Sharma, is continued to September 7, 2018, at 9:00 a.m. in the same courtroom. Defendants, Surjit Singh and Anita Sharma, need additional time to prepare for sentencing.   The United States does not object to defendants' request for additional time to prepare for sentencing. The PSR schedule for Surjit Singh is to be amended as follows:

| | |
|---|---|
| Judgment and Sentencing date: | September 7, 2018 |
| Reply or Statement | August 31, 2018 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | August 24, 2018 |

1

1  This is the same schedule proposed for the sentencing of Surjit Singh's co-defendant
2  Rajeshwar Singh. Dkt. 224. Anita Sharma's PSR has been finalized and she has already
3  filed her motion for correction of the PSR and sentencing memorandum.
4      Surjit Singh will make no additional motions or requests for bail prior to
5  September 7, 2018.

8  **IT IS SO STIPULATED.**

10  DATED: May 24, 2018          By:   /s/ Thomas A. Johnson
                                       THOMAS A. JOHNSON
                                       Attorney for Surjit Singh

12  DATED: May 24, 2018          By:   /s/ Shari Rusk
                                       SHARI RUSK
                                       Attorney for Anita Sharma

14  DATED: May 24, 2018                MCGREGOR W. SCOTT
                                       United States Attorney

16                                By:  /s/ Lee Bickley
                                       LEE BICKLEY
                                       Assistant United States Attorney

18                          **ORDER**
19      **IT IS SO ORDERED.**
20  Dated:  May 25, 2018

                                _____
                                GARLAND E. BURRELL, JR.
                                Senior United States District Judge