Shari Rusk, Bar No. 170313
Attorney at Law
PO Box 188945
Sacramento, California 95818
Tel: (916) 804-8656
Email: rusklaw@att.net

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>Anita Sharma,<br><br>  Defendant. | Cr.S. 13-084 GEB<br><br>COURT: Hon. Garland E. Burrell, Jr.<br><br>**STIPULATION & PROPOSED ORDER TO RELEASE PASSPORT AND ALLOW TRAVEL TO CANADA** |

Defendant, ANITA SHARMA, by and through her undersigned Counsel, and plaintiff, United States of America, by and through Assistant United States Attorney, Lee Bickley, hereby stipulate that this Court should permit Ms. Sharma to obtain the release of her passport from the United States Clerk's Office for the Eastern District of California on August 1, 2018. Pre-trial services is aware of this request and does not object to it.

Ms. Sharma plans to visit her ailing, 82 year old father, Om Parkash Sharma, from August 2, 2018 through August 15, 2018 in British Columbia. Mr. Sharma resides at 12726 68th Ave., Surrey, B.C. V3W1G4. Ms. Sharma will surrender her passport to the United States District Court for the Eastern District of California no later than August 16,

1

2018.

Date: July 12, 2018                    Respectfully submitted,

                                        /s/ Shari Rusk
                                        SHARI RUSK
                                        Attorney for Defendant
                                        Anita Sharma


                                        /s/ Lee Bickley
                                        LEE BICKLEY
                                        ASSISTANT UNITED STATES
                                        ATTORNEY


PROPOSED ORDER

It is so ordered that the Office of the Clerk for the Eastern District of California release Anita Sharma's passport to her on August 1, 2018, permitting her to travel to see her father in British Columbia from August 2, 2018 until August 15, 2018. Ms. Sharma is ordered to surrender her passport back to the Court on August 16, 2018.

Dated: July 13, 2018


                                        _____
                                        GARLAND E. BURRELL, JR.
                                        Senior United States District Judge