1

2

3

4              UNITED STATES DISTRICT COURT

5             EASTERN DISTRICT OF CALIFORNIA

6

7    UNITED STATES OF AMERICA,        No. 2:13-cr-00084-GEB

8             Plaintiff,

9         v.                         **ORDER DENYING REQUEST TO CHANGE**
                                     **DATE ON WHICH DEFENDANT**
10   ANITA SHARMA,                   **COMMENCES SERVING HER PRISON**
                                     **SENTENCE**
11            Defendant.

12

13            On January 7, 2019, Defendant Anita Sharma filed a

14   request to extend her prison surrender date from January 9, 2019,

15   to March 11, 2019.  Def.'s Request, ECF No. 278.  The United

16   States filed an opposition to the request, arguing, inter alia:

17   "the document is not fashioned as a motion, is not noticed

18   according to the local rules, and comes two days before

19   [defendant is to self-surrender, . . .  [and] if the Court

20   interprets this "Request" as a motion, the United States opposes

21   it."  Gov't's Opp'n at 1:17–22, ECF No. 280. The United States

22   further contends: "According to the judgment, the defendant is

23   required to begin her term of imprisonment on January 9, 2019.

24   Docket No. 267 . . . .  The United States opposes the defendant's

25   request to alter her self-surrender date because there is no

26   jurisdiction to alter the judgment's provision for the

27   commencement date of imprisonment."  Id. at 1:24–27.

28   ///

                              1

Defendant's request is denied because defendant has not shown that the district court has jurisdiction to consider it.

Dated: January 8, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge