HEATHER E. WILLIAMS, #122664
Federal Defender
ANN C. McCLINTOCK, Bar #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant-Movant
ANITA SHARMA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:13-cr-00084 JAM |
| Plaintiff, | |
| v. | **PROPOSED ORDER SEALING EXHIBIT** |
| ANITA SHARMA, | |
| Defendant-Movant. | |

GOOD CAUSE APPEARING, it is HEREBY ORDERED that Defendant Sharma's

Exhibit to her Unopposed Request for Judicial Recommendation of Maximum Time in

Home Confinement in this case shall be filed ***under seal*** until further order of the court

as it contains confidential medical records.

**IT IS SO ORDERED.**

June 4, 2020                                      /s/ John A. Mendez
                                                 U.S. DISTICT COURT JUDGE

PROPOSED ORDERSEALING EXHIBIT - 1