| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | ANN C. M<sup>c</sup>CLINTOCK, Bar #141313 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814 |
| | Telephone: (916) 498-5700 |

Attorney for Defendant
ANITA SHARMA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:13-cr-00084 JAM |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER RE:** |
| | ) | **DEFENDANT SHARMA'S RELEASE** |
| v. | ) | **PENDING APPEAL** |
| | ) | |
| ANITA SHARMA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant ANITA SHARMA is presently serving a sentence of 46 months following her conviction for fraud and false statements in the above-captioned matter. She is incarcerated at the FCI Dublin, where she self-surrendered on January 9, 2019.

Although the government does not agree that Ms. Sharma has raised substantial questions of law or fact likely to result in either reversal, an order for a new trial, a non-prison sentence, or a reduced sentence that would likely be completed prior to the disposition of the appeal, the government has agreed not to oppose Sharma's request for bail pending her Ninth Circuit appeal if the appropriate bail package is put in place. The parties hereby stipulate that Ms. Sharma may be released pending appeal upon the following conditions:

1. Ms. Sharma signs an unsecured bond pending appeal in the amount of $50,000, and that her sons, Karan and Sawraj Sharma, will sign as sureties;

2. Ms. Sharma agrees to appear on time at all proceedings as required and shall surrender

for service of any sentence imposed as directed;

3. Ms. Sharma shall advise the court and her attorneys prior to any change in address;

4. Ms. Sharma shall not commit any offense in violation of federal, state, or local law while on release pending appeal;

5. Ms. Sharma must report to and comply with the rules and regulations of Pretrial Services;

6. Ms. Sharma must report in person or by phone to the Pretrial Services Office in Sacramento, California, on the first working day following release from custody;

7. Ms. Sharma must reside at a location approved by the Pretrial Services Officer and not move or absent herself from this residence for more than 24 hours without prior approval of the Pretrial Services Officer;

8. Ms. Sharma must cooperate in the collections of a DNA sample;

9. Ms. Sharma must restrict her travel to California unless otherwise approved in advance by the Pretrial Services Officer;

10. Ms. Sharma must not apply for or obtain a passport or any other travel documents during the pendency of this case;

11. Ms. Sharma must not possess, have in her residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, she must provide written proof of divestment of all firearms/ammunition under her control;

12. Ms. Sharma must refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and she must notify Pretrial Services immediately of any such prescribed medication(s). However, medicinal marijuana may not be used;

13. Ms. Sharma must not associate or have any contact with the codefendants in this case, Surjit Singh and Rajeshwar Singh, unless in the presence of counsel or otherwise approved in advance by the Pretrial Services Officer;

14. Ms. Sharma must report any contact she has with law enforcement to her Pretrial Services Officer with 24 hours;

15. This stipulation is entered into solely for the purpose of obtaining Ms. Sharma's release pending her Ninth Circuit appeal, and in no way alters to the terms of the sentence imposed by this Court's judgment of conviction, nor does it affect the government's right to seek modification or vacation of the release order should good cause exist for doing so;

16. Ms. Sharma may be ordered released from FCI Dublin on Monday, November 2, 2020, at 2 p.m. where she will be picked up by one of her sons, Karan or Sawraj Sharma, or her daughter-in-law, Megan Collett, and driven to home to Gilroy.

It is so stipulated, this 28th day of October, 2020,

*s/ Lee Bickley*
LEE BICKLEY
Assistant U.S. Attorney

*s/ Ann C. M<sup>c</sup>Clintock*
ANN C. M<sup>c</sup>CLINTOCK
Assistant Federal Defender

Attorney for Defendant
ANITA SHARMA

3

**ORDER**

Subject to the conditions for release set forth above, and for good cause shown, the defendant ANITA SHARMA, Registration Number 69925-097, is hereby ordered released on bail pending appeal from the custody of the Bureau of Prisons, where she is currently housed at FCI DUBLIN, on the 2nd of November 2020, at 2:00 p.m.

DATED: October 28, 2020

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

4