HEATHER E. WILLIAMS, #122664
Federal Defender
ANN C. McCLINTOCK, Bar #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant-Movant
ANITA SHARMA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANITA SHARMA,<br><br>Defendant-Movant. | Case No.: 2:13-cr-0084-03 JAM<br><br>**ORDER SEALING EXHIBITS 3, 4, AND 9** |

GOOD CAUSE APPEARING, it is HEREBY ORDERED that Defendant Sharma's Exhibits 3, 4, and 9 to her emergency motion for a reduction in sentence and compassionate release shall be filed under seal until further order of this Court as they contain private and confidential medical records.

**IT IS SO ORDERED.**

DATED: April 28, 2021   /s/ John A. Mendez
　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

ORDER