HEATHER E. WILLIAMS, #122664
Federal Defender
ANN C. M<sup>c</sup>CLINTOCK, Bar #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant-Movant
ANITA SHARMA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANITA SHARMA,<br><br>Defendant-Movant. | Case No.: 2:13-cr-0084-03 JAM<br><br>**STIPULATION AND SCHEDULING ORDER** |

Defendant ANITA SHARMA and the government, by and through their respective counsel, hereby stipulate and agree that:

1. Defendant filed her Emergency Motion for a Reduction in Sentence on April 28, 2021. Docket entry no. 359;

2. The government needs additional time to review this motion and prepare its response; therefore

3. The parties stipulate to the following briefing schedule:

    a. The government's response shall be filed and served no later than May 13, 2021;

    b. Ms. Sharma's reply shall be filed and served no later than May 20, 2021.

Dated: April 28, 2021                       Respectfully submitted,

                                          HEATHER E. WILLIAMS
                                          Federal Defender

                                          *s/ Ann C. M<sup>c</sup>Clintock*
                                          ANN C. M<sup>c</sup>CLINTOCK
                                          Assistant Federal Defender

                                          Attorney for Defendant
                                          ANITA SHARMA

Dated: April 28, 2021                       PHILLIP A. TALBERT
                                          Acting United States Attorney

                                          *s/ Lee Bickley*
                                          LEE BICKLEY
                                          Assistant United States Attorney

                                          Attorneys for Plaintiff
                                          UNITED STATES OF AMERICA

# ORDER

GOOD CAUSE appearing, it is hereby the parties shall comply with the following briefing schedule:

1. The government's response to Ms. Sharma's Emergency Motion for a Reduction in Sentence shall be filed and served no later than May 13, 2021;

2. Ms. Sharma's reply to the government's response shall be filed and served no later than May 20, 2021.

**IT IS SO ORDERED.**

Dated: April 29, 2021 　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE