HEATHER E. WILLIAMS, #122664
Federal Defender
ANN C. McCLINTOCK, Bar #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant-Movant
ANITA SHARMA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:13-cr-0084-03 JAM |
| Plaintiff, | **STIPULATION AND ORDER SETTING SELF-SURRENDER DATE AND BOP DESIGNATION** |
| v. | |
| ANITA SHARMA, | |
| Defendant-Movant. | |

Defendant ANITA SHARMA and the government, by and through their respective counsel, hereby stipulate and agree that:

1.  On November 2, 2020, defendant Anita Sharma was released on bail pending her appeal to the Ninth Circuit. She remains out of custody on an unsecured bond in the amount of $50,000.

2.  On March 19, 2021, the Ninth Circuit issued a memorandum decision affirming this Court's judgment in full. The mandate issued on April 12, 2021. Ms. Sharma

remains supervised by the pretrial services office in the Norther District of California. She had complied with all conditions of her release and supervision.

3. On April 28, 2021, Ms. Sharma filed her Emergency Motion for a Reduction in Sentence. Docket entry no. 359. The parties have stipulated to a briefing schedule that ends on May 20, 2021. According to her counsel, during the month of May, Ms. Sharma has pre-arranged medical appointments to treat her anxiety and depression.

4. In case Ms. Sharma is required to return to prison, the parties request that Ms. Sharma be re-designated to an institution of the Bureau of Prisons before her surrender. She requests that she be designated to the Camp at FCI Dublin.

5. If required to complete a prison term, the parties have agreed that Anita Sharma will self-surrender by 1:00 p.m. on June 21, 2021 to the institution designated by the Bureau of Prisons or to the Marshall's Office in Sacramento if her institution is not yet designated as of that date. All conditions of her release will remain in effect pending her surrender.

Dated: April 28, 2021     Respectfully submitted,

            HEATHER E. WILLIAMS
            Federal Defender

            *s/ Ann C. M$^C$Clintock*
            ANN C. M$^C$CLINTOCK
            Assistant Federal Defender

            Attorney for Defendant
            ANITA SHARMA

/ / /

Dated: April 28, 2021            PHILLIP A. TALBERT
                                 Acting United States Attorney

                                 _s/ Lee Bickley_____
                                 LEE BICKLEY
                                 Assistant United States Attorney

                                 Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA

## ORDER

IT IS HEREBY ORDERED that Anita Sharma will surrender by 1 p.m. on Monday, June 21, 2021 to the institution designated by the Bureau of Prisons or to the Marshall's Office in Sacramento if the institution is not yet designated as of that date. All conditions of her release will remain in effect pending this surrender.

The Court recommends placement at the Camp at FCI Dublin, but only so far as this accords with security classification and space availability.

**IT IS SO ORDERED.**

Dated:  April 29, 2021            /s/ John A. Mendez_____
                                 THE HONORABLE JOHN A. MENDEZ
                                 UNITED STATES DISTRICT COURT JUDGE