HEATHER E. WILLIAMS, #122664
Federal Defender
ANN C. McCLINTOCK, Bar #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant-Movant
ANITA SHARMA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>ANITA SHARMA,<br><br>    Defendant-Movant. | Case No.: 2:13-cr-00084-JAM-3<br><br>**ORDER SEALING EXHIBITS 10 AND 11** |

GOOD CAUSE APPEARING, it is HEREBY ORDERED that Defendant Sharma's Exhibits 10 and 11 to her Reply in support of her emergency motion for a reduction in sentence and compassionate release shall be filed under seal until further order of this Court as they contain private and confidential medical records.

**IT IS SO ORDERED.**

Dated: May 21, 2021          /s/ John A. Mendez
                                           THE HONORABLE JOHN A. MENDEZ
                                           UNITED STATES DISTRICT COURT JUDGE

ORDER