UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  2:13-cr-00084-JAM |
| Plaintiff, | |
| v. | **ORDER OF RELEASE** |
| ANITA SHARMA, | |
| Defendant. | |

On May 27, 2021, the Court granted Defendant's Motion for Compassionate Release.  See Order, ECF No. 377.  Upon her release, Defendant will begin serving a 24-month term of supervised release.  Id. at 3.  Per that decision, the Court hereby orders Defendant be released pursuant to the below listed conditions of release.

## I.   CONDITIONS OF RELEASE

1.   The Court adopts all the conditions of supervision previously ordered by District Judge Garland E. Burrell, Jr. as listed in Defendant's Judgment and Commitment at ECF No. 267.  In addition, the Court adds the below two Special Conditions of Supervision as conditions (6) and (7).

2.     Defendant shall not associate with any codefendants in this case.

3.     Defendant shall make $25.00 minimum monthly payments toward any unpaid criminal monetary penalty in this case during supervised release.  Payments are to commence no later than 60 days from placement on supervision.  This payment schedule does not prohibit the United States from collecting through all available means any unpaid criminal monetary penalty at any time, as prescribed by law.


IT IS SO ORDERED.

Dated:   June 11, 2021

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE