

**United States District Court**
**Eastern District of California**

---

United States of America
Plaintiff(s)

v.

Surjit Singh
Defendant(s)

Case Number: 2:13-cr-00084-JAM-1

**APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER**

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Jeremy Brian Gordon hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: defendant Surjit Singh

On 05/04/2007 (date), I was admitted to practice and presently in good standing in the Supreme Court of Texas (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [x] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 5/18/22          Signature of Applicant: /s/ Jeremy Brian Gordon

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Jeremy Brian Gordon |
| Law Firm Name: | Law Office of Jeremy Gordon |
| Address: | 1848 Lone Star Road, Suite 106 |
| City: | Mansfield State: TX Zip: 76063 |
| Phone Number w/Area Code: | (972) 483-4865 |
| City and State of Residence: | Irving, Texas |
| Primary E-mail Address: | jeremy@gordondefense.com |
| Secondary E-mail Address: | ecf@gordondefense.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Michael E Hansen |
| Law Firm Name: | Michael E Hansen, Attorney |
| Address: | 711 Ninth Street, Suite 100 |
| City: | Sacramento State: CA Zip: 95814 |
| Phone Number w/Area Code: | (916) 438-7711 Bar # 191737 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: May 25, 2022

/s/ John A. Mendez
JUDGE, U.S. DISTRICT COURT