HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ANN C. M<sup>c</sup>CLINTOCK, Bar #141313
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ANITA SHARMA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>ANITA SHARMA,<br><br>          Defendant. | No.  2:13-cr-00084-JAM<br><br>**STIPULATION AND ORDER TO MODIFY SUPERVISED RELEASE TRAVEL CONDITIONS**<br><br>Judge:  Hon. John A. Mendez |

**STIPULATION**

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that Ms. Sharma's conditions of supervised release be modified to permit her to travel to the Eastern District of California without having to obtain prior written permission.  This modification will enable Ms. Sharma to more freely travel in order to participate in religious services and related volunteer activities in the Eastern District of California.

Counsel for Ms. Sharma represents that:

1. Ms. Sharma began serving her 24-month term of supervised release on June 11, 2021;

2. Probation moved Ms. Sharma to "Low Intensity Supervision" in August 2021;

3. Standard condition 3 of the terms of supervised release bars Ms. Sharma from "knowingly leav[ing] the federal judicial district where you are authorized to reside without first getting permission from the Court or the probation officer." Docket entry no. 267, p. 4. A specific condition of the LIS supervision requires Ms. Sharma to "submit a Travel Request form two weeks prior to travel, for travel outside of the Northern District of California and must be approved prior to your departure." Low Intensity Supervision Memo August 12, 2021, ¶ 3.

4. This travel restriction has prevented Ms. Sharma from participating in religious services and related volunteer activities in the Eastern District of California even when she made the travel request 14 days in advance of the dates of intended travel.

5. Pursuant to Title 18, section 3583(e)(2) of the United States Code, this Court is authorized to "modify, reduce, or enlarge the conditions of supervised release, at any time prior to the expiration or termination of the term of supervised release.

The Probation Office and its officer Carla Navarro confirm that Ms. Sharma is in compliance in all areas of supervision and has no objection to this modification. The United States, by and through Assistant United States Attorney Lee S. Bickley, has no objection to this modification.

/ / /

The parties agree that all other conditions of supervised release remain in full force and effect.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: July 18, 2022

*s/ Ann C. M<sup>c</sup>Clintock*
ANN C. M<sup>c</sup>CLINTOCK
Assistant Federal Defender

Attorneys for Defendant
ANITA SHARMA

Dated: July 18, 2022

PHILLIP A. TALBERT
United States Attorney

*s/ Lee S. Bickley*
LEE S. BICKLEY
Assistant United States Attorney

## ORDER MODIFYING CONDITIONS
## OF SUPERVISED RELEASE

For good cause shown, Condition 3 of the Standard Conditions of Supervised Release and paragraph 3 of the conditions of Low Intensity Supervision are **MODIFIED** to allow Ms. Sharma to travel to the Eastern District of California without requiring her to receive preapproval.

IT IS SO ORDERED.

Dated: July 18, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE