UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>V.<br><br>ANITA SHARMA,<br><br>Defendant. | No. 2:13-cr-00084-TLN<br><br><br>**ORDER** |

This matter is before the Court on Defendant Anita Sharma's ("Defendant") unopposed motion for early termination of supervised release.  (ECF No. 431.)  For the reasons set for below, Defendant's unopposed motion for early termination of supervised release is GRANTED.

"The correct legal standard for deciding a motion to terminate supervised release is set forth in 18 U.S.C. § 3583(e)." *United States v. Emmett*, 749 F.3d 817, 819 (9th Cir. 2014).  "The statute provides that, after considering a subset of the sentencing factors set forth in 18 U.S.C. § 3553(a), a court may terminate a term of supervised release 'if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice.'" *Id.* (quoting 18 U.S.C. § 3583(e)(1)).  Defendant has the burden to demonstrate that early termination of supervised release is justified.  *United States v. Weber*, 451 F.3d 552, 559 n.9 (9th Cir. 2006)).

Defendant began her 24-month period of supervised release on June 11, 2021, after this Court granted a reduction in Defendant's sentence.  (ECF Nos. 431 at 1, 377, 387.)  As of January

18, 2022, Defendant has completed 19 months of her supervised release.  During this period Defendant has been in full compliance with the conditions of her supervision and Probation has classified her supervision as "Low Intensity Supervision" as of August 2021.  (ECF No. 431 at 1.)

Defendant notes that her experience in federal custody had a profound effect on her and she has worked to forge a new stable path in life.  (*Id.*at 3.)  Defendant argues during her time on supervised release she has completed every condition asked of her, has maintained full compliance with the terms of her supervision, and has worked to fully rejoin society.  (*Id.*)  Defendant asserts she has participated in mental health treatment to address issues stemming from past abusive relationships, is not using controlled substances, and has worked to fully integrate into her community by finding stable housing, making friends, and securing her finances.  (*Id.*)  Defendant also awaits termination of her supervised release so she can join her family in India for the disposition of her father's ashes.  (*Id.* at 1.)

The Government does not oppose this motion.  (*Id.* at 2.)

The Court, after considering the subset of sentencing factors set forth in 18 U.S.C. § 3553(a), and the factors set forth in 3583(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6) and (a)(7), is satisfied that early termination is warranted in this case.  Accordingly, Defendant's unopposed motion for early termination of her supervised release pursuant to 18 U.S.C. § 3583(e)(1) is GRANTED.  Defendant's supervised release is hereby terminated.

IT IS SO ORDERED.

DATED: January 19, 2023

_____
Troy L. Nunley
United States District Judge